## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**LOUIS REED, JR.,**

      **Petitioner,**

**v.**                             **Case No. 5:15cv174/LC/CJK**

**UNITED STATES DISTRICT COURT,**

      **Respondent.**

_____/

## ORDER

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 24, 2015 (doc. 6).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the timely filed objections.

      Having considered the Report and Recommendation, and the objections there to timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows**:**

      1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.     The petitioner's § 2241 petition (doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

      3.     The clerk is directed to close the file.

      **DONE AND ORDERED** this 15th day of September, 2015.


                             *s/L. A. Collier*_____

                             **LACEY A. COLLIER**

                             **SENIOR UNITED STATES DISTRICT JUDGE**